IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern (Greenbelt) Division

| | |
|---|---|
| **DARRYL ANGELO SMITH** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: _____ |
| ) | **JURY TRIAL DEMANDED** |
| **EQUIFAX INFORMATION SERVICES, LLC** ) | |
| ) | PWG 13 CV 3565 |
| Defendant, ) | |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| **TRANS UNION, LLC** ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff, Darryl Angelo Smith, (hereafter the "Plaintiff") and for his complaint against the Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Transunion") alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual, statutory and punitive damages, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA").

### PARTIES

2. The plaintiff is a natural person and resides in Hyattsville, Maryland. He is a "consumer" as defined by the FCRA, 15 U.S.C. §1681a(c).

3. Upon information and belief Defendants Equifax, Experian and Transunion (collectively "credit bureaus") are corporations authorized to do business in the State of Maryland.

4. Upon information and belief the credit bureaus are "consumer reporting agencies," as defined in 15 U.S.C. §1681a(f).

## FACTS

5. On or about April 15, 2013 Mr. Smith attempted to obtain his credit reports from the website www.annualcreditreport.com but was denied and advised to request his reports in writing.

6. On or about April 30, 2013 Mr. Smith sent a letter to each credit bureau. His letter consisted of a single paragraph that stated:

> I attempted to order my free annual credit report online at www.annualcreditreport.com. I was denied my credit report and was advised to provide more information so that the credit bureaus can accurately identify me. Included with this letter is a copy of my Driver's License, Social Security Card and Health Care/Prescription plan card. Please forward my credit report to the address listed above.

7. Rather than provide Mr. Smith with his credit reports the credit bureaus responded by requesting the same identification information that Mr. Smith provided in his letter.

8. After being denied his credit report a second time Mr. Smith felt rejected and did not know what to do.

9. After going months without knowing what was his credit report Mr. Smith became anxious and decided to send another round of letters to each credit bureau.

10. On or about August 17, 2013 Mr. Smith sent a letter to each credit bureau. His letter consisted of a single paragraph that stated:

> I attempted to order my free annual credit report online at www.annualcreditreport.com. I was denied my credit report and was advised to provide more information so that the credit bureaus can accurately identify me. On or about April 30, 2013 I sent a letter requesting a copy of my credit report. Included in the letter was a copy of my Driver's License, Social Security Card and Health Care/Prescription plan card. Rather than sending my credit report, Equifax sent me a letter indicating I needed to provide identification information. I don't know why Equifax is asking for information I previously provided but if I do not receive my credit report I will be filing suit in the U.S. District Court for District of Columbia.

11. The August 17, 2013 letter quoted above was sent to Equifax. Mr. Smith sent the exact same letter to Experian and Trans Union but substituted Equifax's name with either Experian or Trans Union.

12. The credit bureaus responded uniformly by denying Mr. Smith his credit report and again requesting Mr. Smith to send the same identifying information that he previously provided.

13. Mr. Smith decided in his next letter to use his former address, which was on his driver's license ~~address~~ so that the credit bureaus could better identify him. On or about October 21, 2013 Mr. Smith sent a letter to each credit bureau. His letter consisted stated the following:

> I have attempted now on three occasions to obtain my free credit report. This request will be my fourth attempt to get my free annual credit report. I have provided Experian with my driver's license, social security card and health plan card. I recently moved from 602 Delafield Pl NW, Washington, DC 20011 to my current address of 1303 Legation Road, Hyattsville, MD 20785. I don't have any bills in my name coming to this address. If you refuse to send the credit report to my new address then send it to my old address and my uncle will notify me to come pick it up.
>
> If Experian continues to refuse to provide my credit report I will have no choice but to file a lawsuit. I look forward to amicably resolving this matter. Thank you in advance.

14. The August 17, 2013 letter quoted above was sent to Experian. Mr. Smith sent the exact same letter to Equifax and Trans Union but substituted Experian's name with either Equifax or Trans Union.

15. The credit bureaus responded uniformly by denying Mr. Smith his credit report and again requesting Mr. Smith to send the same identifying information that he previously provided.

## COUNT ONE: VIOLATIONS OF FCRA

16. Plaintiff realleges and incorporates paragraphs 1 through 15 above as if fully set out herein.

17. The credit bureaus violated 15 U.S.C. §1681g(a) by failing to disclose all information in Plaintiff's consumer file after receiving Plaintiff requests for his credit reports.

18. The Plaintiff has suffered anxiety and frustration as result of the Defendants failure to provide Plaintiff with his credit reports.

19. The credit bureaus acted willfully and are thus, liable for punitive damages pursuant to 15 U.S.C. §1681n. In the alternative, the credit bureaus were negligent, entitling the Plaintiff to recover actual damages under 15 U.S.C. §1681o.

20. Additionally, the Plaintiff is entitled to statutory damages, costs and attorneys' fees pursuant to 15 U.S.C. §1681n and §1681o.

WHEREFORE, the Plaintiff demands judgment for actual, statutory and punitive damages against Defendants in the amount of $20,000; for his attorney's fees and costs; for prejudgment and post-judgment interest at the legal rate, and such other relief as the Court deems just, equitable and proper.

**TRIAL BY JURY DEMANDED.**

**DARRYL ANGELO SMITH**

By *[signature: Darryl Smith]*
Darryl Angelo Smith, *Pro Se*
1303 Legation Road
Hyattsville, Maryland 20785
(202) 439-1799