## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

---

DARRYL ANGELO SMITH,                                                CASE NO. 8:13-cv-03565-PWG
       Plaintiff,

  vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION, LLC;
       Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Darryl Angelo Smith, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 28, 2014                      */s/ Darryl Angelo Smith\**
                                                                 Darryl Angelo Smith
                                                                 1303 Legation Road
                                                                 Hyattsville, MD  20785

                                                                 *Pro Se Plaintiff*

                                                                 *\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the Court or a party to this action.*

Date:  January 30, 2014            */s/ H. Mark Stichel*
                                   H. Mark Stichel, Esq.  (MD Federal Bar #02939)
                                   Gohn Hankey and Stichel, LLP
                                   201 North Charles Street, Suite 2101
                                   Baltimore, MD  21201
                                   Telephone:  (410) 752-9300
                                   Fax:  (410) 752-2519
                                   E-Mail:  hmstichel@ghsllp.com

                                   *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of January, 2014**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Sandy David Baron, Esq. <br> sbaron@shulmanrogers.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of January, 2014**, properly addressed as follows:

| | |
|---|---|
| Darryl Angelo Smith <br> 1303 Legation Road <br> Hyattsville, MD  20785 | |

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*