# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| DARRYL ANGELO SMITH,<br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>Defendants. | CASE NO. 8:13-cv-03565-PWG |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Darryl Angelo Smith, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Darryl Angelo Smith against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Darryl Angelo Smith and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 02 03 14

~~JUDGE, United States District Court, Northern District of Maryland~~

DISTRIBUTION TO:

| | |
|---|---|
| Darryl Angelo Smith<br>1303 Legation Road<br>Hyattsville, MD  20785 | H. Mark Stichel, Esq.<br>hmstichel@ghsllp.com |
| Sandy David Baron, Esq.<br>sbaron@shulmanrogers.com | |

Paul W. Grimm
United States District Judge