IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARRYL ANGELO SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, *et al.* )<br>)<br>Defendants. ) | Case No.: 8:13-cv-03565-PWG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Darryl Angelo Smith and Defendant, Experian Information Solutions, Inc. stipulate and agree that:

1.  Plaintiff's complaint, claims and pleadings filed against Experian Information Solutions, Inc. are hereby dismissed with prejudice with Plaintiff and Experian Information Solutions, Inc., bearing their own attorney's fees, expert's fees and costs.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

_____                By: _____
Darryl Angelo Smith                           Sandy David Baron
1303 Legation Road                            12505 Park Potomac Avenue, 6th Floor
Hyattsville, Maryland 20785                   Potomac, Maryland 20854
202-439-1799                                  301-255-0547
Plaintiff, *Pro Se*                           Attorneys for Experian Information
                                              Solutions, Inc.