UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DARRYL ANGELO SMITH,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Civil Action No. 8:13-cv-03565-PWG

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the *Pro Se* Plaintiff, Darryl Angelo Smith, and Defendant, Equifax Information Services, LLC ("Equifax"), through its counsel, that any and all claims of the Plaintiff against Defendant Equifax are hereby dismissed with prejudice with each party bearing its own costs. This dismissal shall not dismiss any parties other than Equifax. The parties respectfully request that the Court enter the attached [proposed] Order of Dismissal of Equifax.

This 13th day of July, 2014.

Darryl Angelo Smith
1303 Legation Road
Hyattsville, MD 20782-2430

*Pro Se Plaintiff*

/s/ Nathan D. Adler
Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
Telephone: (410) 332-8516
Fax: (410) 332-8517
E-mail: nda@nqgrg.com

*Attorneys for Equifax Information Services LLC*

Approved

Paul W. Grimm
United States District Judge
08/13/14